IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 09-mj-07000-KMT

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JESSICA L. SMITH,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

    The trial in this matter currently set for April 6, 2009 is VACATED as a result of the change of plea entered on April 1, 2009.

Dated: April 2, 2009.