# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

---

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** <br> **(For a Petty Offense)** — Short Form |
| v. | CASE NUMBER: 09-mj-7000-KMT |
| JESSICA SMITH | Christine Dieringer <br> (Defendant's Attorney) |

**THE DEFENDANT:** Pleaded guilty to count 1 of the Information.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offense:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 U.S.C. §13; C.R.S. § 42-4-1402(1) | Careless Driving Without Injury | On or about August 13, 2008 | 1 |

Defendant is sentenced to 1 year unsupervised probation with 10 days in jail, with 10 days suspended for 1 year. Defendant to complete a Level 1 Alcohol and Drug Driving Safety class or its equivalent in Texas, and to complete 24 hours of Community Service or its equivalent in Texas, within 1 year. Payment of fine and fees to be made within 60 days of this judgment date.

## MONETARY OBLIGATIONS

All criminal monetary penalty payments are to be made as directed by the court, the probation officer, or the United States Attorney.

| | Assessment | Fine |
|---|---|---|
| **Total: $185** | $10; $25 Processing fee | $150.00 |

April 1, 2009
Date of Imposition of Judgment

s/Michael E. Hegarty
Signature of Judicial Officer

Michael E. Hegarty, U.S. Magistrate
Name & Title of Judicial Officer

April 13, 2009
Date